IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 1:23-cr-141-TBM-BWR

WARREN TRAVIS PFETZER

**ORDER**

This matter came before the Court on the Defendant Warren Travis Pfetzer's Motion to Suppress [32]. At the hearing conducted on August 2, 2024, the Court, having considered the pleadings, the record, the oral arguments of the parties, and the relevant legal authority, announced on the record its detailed findings and conclusions.

IT IS THEREFORE ORDERED AND ADJUDGED that, for the reasons articulated at the hearing on August 2, 2024, the Defendant Warren Travis Pfetzer's Motion to Suppress [32] is DENIED.

This, the 5th day of August, 2024.

TAYLOR B. McNEEL
UNITED STATES DISTRICT JUDGE